The Honorable Barbara J. Rothstein
Trial Date: 09/05/2023

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

PAMELA PRUNEAU,

    Plaintiff,

v.

MARRIOTT HOTEL SERVICES, INC. and MARRIOTT INTERNATIONAL ADMINISTRATIVE SERVICES, INC.,

    Defendants.

Case No. 2:22-cv-00713-BJR

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

*(Clerk's Action Required)*

Noted on Motion Calendar:
May 26, 2023

## STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Pamela Pruneau, by and through her attorneys, EMERY REDDY, PLLC, and Defendants Marriott Hotel Services, Inc. and Marriott International Administrative Services, Inc. (collectively "Defendants"), by and through their attorneys, LITTLER MENDELSON, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendants in the above-captioned case with prejudice and without costs or attorneys' fees to either party.

//

//

//

//

//

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE- 1

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1   IT IS SO STIPULATED this 26th day of May, 2023.

| | |
|---|---|
| /s/ Patrick Reddy<br>Patrick B. Reddy, WSBA #34092<br>reddyp@emeryreddy.com<br>EMERY REDDY, PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Tel: (206) 442-9106<br>Fax: (206) 441-9711<br><br>*Attorney for Plaintiff* | /s/ Alyesha Dotson<br>Alyesha A. Dotson, WSBA #55122<br>adotson@littler.com<br>Mathias Deeg, WSBA #52864<br>mdeeg@littler.com<br>LITTLER MENDELSON, P.C.<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Phone: 206.623.3300<br>Fax:    206.447.6965<br><br>*Attorneys for Defendants* |

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE- 2

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

## ORDER

In accordance with the Stipulation for Order of Dismissal with Prejudice filed by the parties, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action asserted in the above-captioned case against Defendant are dismissed with prejudice, and without costs or attorneys' fees to either party.

Dated: May 30, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE- 3

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on May 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Patrick B. Reddy, WSBA #34092
EMERY REDDY, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: (206) 442-9106
Fax: (206) 441-9711
reddyp@emeryreddy.com
rebecca@emeryreddy.com
jennifer@emeryreddy.com

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Executed on May 30, 2023, at Seattle, Washington.

*/s/ Liana Natividad*
Liana Natividad
lnatividad@littler.com
**LITTLER MENDELSON, P.C.**

4853-5129-3542.1 / 025237-1034

STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE- 4

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300